**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15–44085 – KHS**

UNITED STATES BANKRUPTCY COURT District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/24/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| SCOTT R KLEHR<br>21686 CO RD 33<br>PAYNESVILLE, MN 56362 | LESLIE A KLEHR<br>21686 CO RD 33<br>PAYNESVILLE, MN 56362 |

| | |
|---|---|
| Case Number:  15–44085 – KHS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5635    xxx–xx–6628 |
| Attorney for Debtor(s) (name and address):<br>Robert Kalenda<br>Kalenda & Assoc<br>919 W St Germain St Ste 2000<br>St. Cloud, MN 56301<br>Telephone number: 320–255–8840 | Bankruptcy Trustee (name and address):<br>Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Ste 105<br>Fergus Falls, MN 56537<br>Telephone number: 218–998–2775 |

### Meeting of Creditors

Date: **January 21, 2016**             Time: **09:30 AM**

Location: **Stearns County History Museum, 235 S 33rd Ave, St Cloud, MN 56301**

### Presumption of Abuse under 11 U.S.C. § 707(b) *(See "Presumption of Abuse" on reverse side.)*

The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/21/16**
**Certificate of Completion of Financial Management Course due: 3/21/16**
Credit Counseling and Debtor Education Information can be found at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through Pacer (http://pacer.psc.uscourts.gov) or at the Clerk's Office, 301 United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Bankruptcy Clerk's Office** *( Monday – Friday: 8:00am – 5:00pm )*<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Telephone number: (612)–664–5200<br>Web address: www.mnb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka<br>Date: 11/25/15 |

# EXPLANATIONS     B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                                  District of Minnesota
In re:                                                              Case No. 15-44085-KHS
SCOTT R KLEHR                                                       Chapter 7
LESLIE A KLEHR
      Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0864-4          User: reneee              Page 1 of 4        Date Rcvd: Nov 25, 2015
                              Form ID: b9a              Total Noticed: 140


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db/jdb         +SCOTT R KLEHR,    LESLIE A KLEHR,    21686 CO RD 33,    PAYNESVILLE, MN 56362-4516
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61190203       +A.R. SOLUTIONS INC,    PO BOX 26095,    COLUMBUS, OH 43226-0095
61190204       +AFFILIATED COMMUNITY MEDICAL CENTERS,    PO BOX 1318,    WILLMAR, Minnesota 56201-1318
61190205       +ALBANY AREA HOSPITAL,    300 3RD AVE,    ALBANY, MN 56307-4403
61190206       +ALBANY ROLLER MILL INC,    730 CHURCH AVE,    ALBANY, MN 56307-5800
61190207       +ALEXANDRIA CDI,    111 17TH AVE EAST,    ALEXANDRIA, MN 56308-5273
61190208       +ALEXANDRIA CLINIC,    610 30TH AVE WEST,    ALEXANDRIA, MN 56308-3403
61190209       +AMERASSIST AR SOLUTION,    445 HUTCHINSON AVE STE 5,    COLUMBUS, OH 43235-8616
61190210        AMERICAN ACCOUNT ADVISORS,    7460 80TH ST S,    COTTAGE GROVE, Minnesota 55016-3007
61190211       +ASHBY FARMERS CO-OP ELEVATOR,    PO BOX 50,    101 LARSON AVE,    ASHBY, MN 56309-0050
61190212       +ATT MOBILITY,    PO BOX 55126,    BOSTON, MA 02205-5126
61190213       +BANK VISTA,    125 TWIN RIVERS CT,    SARTELL, Minnesota 56377-2146
61190215       +BELGRADE CO-OP,    218 WELLS ST,    BELGRADE, MN 56312-4552
61190216       +BONNIE BAKER,    8080 SOUTH STATE ROAD 35,    FOXBORO, WI 54836-9429
61190217       +BROADWAY MEDICAL CENTER,    1527 BROADWAY ST,    ALEXANDRIA, MN 56308-2537
61190218       +BUECKERS CITY SANITATION INC,    39864 SO HWY 71,    SAUK CENTRE, Minnesota 56378-8431
61190219       +BUSINESS REVENUE SYSTEMS INC,    2419 SPY RUN AVE,    FORT WAYNE, Illinois 46805-3262
61190225       +CAROL KLEHR,    25768 CO RD 10,    PAYNESVILLE, MN 56362-9782
61190226       +CAROLYN SWYTER,    CORNER MALL,    647 STEARNS AVE,    PAYNESVILLE, MN 56362-1405
61190227       +CBE GROUP,    1309 TECHNOLOGY PKWY,    CEDAR FALLS, IA 50613-6976
61190228       +CDI,    5775 WAYZATA BLVD STE 190,    ST LOUIS PARK, Minnesota 55416-2627
61190229       +CENTER FOR PAIN MANAGEMENT,    166 19TH ST S,    UNIT 1011,    SARTELL, MN 56377-2154
61190230       +CENTRA SOTA COOPERATIVE,    CHRISTINE RITTER,    805 HIGHWAY 55 EAST,    BUFFALO, MN 55313-1734
61190232        CENTRACARE HEALTH,    1200 6TH AVE N,    ST CLOUD, Minnesota 56303-2736
61190231        CENTRACARE HEALTH,    1406 6TH AVE N,    ST CLOUD, MN 56303-1901
61190233       +CENTRACARE HEALTH PAYNESVILLE,    200 WEST 1ST STREET,    PAYNESVILLE, MN 56362-1445
61190234       +CENTRASOTA COOPERATIVE,    PO BOX 303,    111 MAINE STREET,    ST MARTIN, MN 56376-0303
61190235       +CHARTER COMMUNICATIONS,    3757 DUNLAP ST N,    ST PAUL, MN 55112-6934
61190236       +CLARA'S HOUSE,    1564 CO RD 134,    ST CLOUD, MN 56303-0346
61190237       +COLD SPRING CO-OP,    PO BOX 423,    COLD SPRING, MN 56320-0423
61190238       +COLD SPRING VET CLINIC,    PO BOX 451,    COLD SPRING, MN 56320-0451
61190239       +COLLECTION BUREAU OF LITTLE FALLS,    120 1ST STREET SE,    SUITE 2,
                 LITTLE FALLS, MN 56345-3002
61190241       +COLLECTION RESOURCES,    PO BOX 2270,    2700 1ST ST N STE 303,    ST CLOUD, Minnesota 56303-4583
61190240        COLLECTION RESOURCES,    PO BOX 2270,    ST CLOUD, MN 56302-2270
61190242       +CREDIT ACCEPTANCE CORP,    25505 E 12 MILE RD, PO BOX 513,    SOUTHFIELD, Michigan 48037-0513
61190243       +CREDIT ACCEPTANCE CORP,    PO BOX 5009,    SOUTHFIELD, MN 48086-5009
61190248       +DANIEL TESSMER,    19084 BROWNS LAKE RD,    RICHMOND, MN 56368-8569
61190250       +DENNIS TRAUT,    2548 5TH AVE N,    SARTELL, MN 56377-2383
61190252       +DISH NETWORK,    PO BOX 940,    PALANTINE, IL 60078
61190253       +DITTMAN SIGNS & CUSTOM PAINT INC,    24357 COUNTY ROAD 123,    PAYNESVILLE, MN 56362-9708
61190254       +DOUGLAS COUNTY HOSPITAL,    111 17 AVE E,    ALEXANDRIA, Minnesota 56308-3798
61190256       +EILEEN SAND,    12195 NORWAY RD,    AVON, MN 56310-4502
61190257       +ELBOW LAKE HOSPITAL,    930 1ST ST NE,    ELBOW LAKE, MN 56531-4611
61190258       +ENGEL LAW OFFICE,    925 SOUTH 1ST STREET,    ST CLOUD, MN 56301-4389
61190259       +ERICKA LENTNER,    12433 HWY 25 NE,    FOLEY, MN 56329-9323
61190260       +ESSENTIA HEALTH,    400 EAST 3RD STREET,    DULUTH, MN 55805-1951
61190261       +FAIRVIEW HEALTH SERVICES,    PO BOX 9372,    MINNEAPOLIS, MN 55440-9372
61190262       +FAIRVIEW PHARMACY SERVICES,    NW 6184,    PO BOX 1450,    MINNEAPOLIS, MN 55485-1450
61190263       +FAMILY MEDICAL CENTER,    ST GABRIELS HEALTH,    811 2ND STREET SE,
                 LITTLE FALLS, Minnesota 56345-3559
61190264       +FOCUS RECEIVEABLES,    1130 NORTHCHASE BKWY SE,    MARIETTA, GA 30067-6413
61190265        FREEPORT VET SERVICE,    114 MAIN ST E,    FREEPORT, MN 56331
61190266       +FSA,    312 MAIN AVE N STE 2,    BAGLEY, Minnesota 56621-8145
61190267       +GENERAL RENTAL CENTER OF ALBANY,    750 COUNTY ROAD 41,    ALBANY, Minnesota 56307-8741
61190268       +GLELSI/US BANK,    PO BOX 7860,    MADISON, WI 53707-7860
61190270       +GRANT COUNTY HOSPITAL,    930 1ST STREET NE,    ELBOW LAKE, MN 56531-4611
61190272       +H&S FEED AND COUNTRY STORE INC,    416 HWY 432,    OLD HWY 163 NORTH,    OSKALOOSA, IA 52577-8712
61190273        HOLDINGFORD MILL,    130 PLYMOUTH ST,    HOLDINGFORD, MN 56340
61190274       +HUTCHINSON HOSPITAL,    1095 HIGHWAY 15 SOUTH,    HUTCHINSON, MN 55350-3182
61190275        INTEY INSULATION CO INC,    13857 STATE HIGHWAY 23,    COLD SPRING, MN 56320
61190277       +JOHN & KATHREEN BROMENSCHENKEL,    850 HERITAGE DRIVE,    SARTELL, MN 56377-4598
61190278       +JOHN DEERE FINANCIAL,    PO BOX 5327,    MADISON, Wisconsin 53705-0327
61190279       +KAIN & SCOTT,    13 SOUTH 7TH AVE,    ST CLOUD, MN 56301-4259
61190280        KEVIN S CARPENTER,    2919 VETERANS DRIVE,    ST CLOUD, MN 56303-3121
61190281        KULUS FEED STORE,    BOB KOKETT,    36 MAIN STREET,    FLENSBURG, MN 56328
61190282       +LAKE REGION HEALTHCARE,    712 S CASCADE ST,    FERGUS FALLS, Minnesota 56537-2900
61190283       +LEANN PLATZ,    14198 RIVER ST,    HOLDINGFORD, MN 56340-4508
61190286       +MAXIMUM RECOVERY SYSTEMS INC,    6001 OBERLY LOOP NW,    WALKER, MN 56484-2071
61190287      ++MEDIACOM COMMUNICATIONS CORPORATION,    ONE MEDIACOM WAY,    CHESTER NY 10918-4850
                 (address filed with court: MEDIACOM,    PO BOX 110,    WASECA, MN 56093-0110)
61190289       +MINNESOTA PATHOLOGISTS CHARTERED,    PO BOX 1860,    WILLMAR, MN 56201-1860
```

```
District/off: 0864-4          User: reneee                 Page 2 of 4                   Date Rcvd: Nov 25, 2015
                              Form ID: b9a                 Total Noticed: 140


61190291       +MO WELDING & FABRICATING,    1217 LITCHFIELD AVE SE,    WILLMAR, MN 56201-3704
61190292       +MONDLOCH INC,    PO BOX 282,    125 MAINE ST,    ST MARTIN, MN 56376-0282
61190294       +ORCHARD BANK,    HSBC CARD SERVICES,    PO BOX 80064,    SALINAS, CA 93912
61190295       +PARKS LP GAS,    PO BOX 42,    PAYNESVILLE, MN 56362-0042
61190296        PAYNESVILLE AREA HEALTH CARE SYSTEM,    200 W 1ST ST,    PAYNESVILLE, Minnesota 56362-1445
61190298        PAYNESVILLE FARMERS UNION COOP,    321 RAILROAD ST E,    PAYNESVILLE, MN 56362
61190299       +PAYNESVILLE PRESS,    211 WASHBURNE AVE,    PAYNESVILLE, MN 56362-1642
61190300       +PHOENIX MANAGEMENT SYSTEMS,    PO BOX 3972,    MINNEAPOLIS, Minnesota 55403-0972
61190302       +PRECISION ELECTRIC INC,    18521 CO RD 130,    PAYNESVILLE, MN 56362-9313
61190303       +PREFERRED CREDIT INC,    BOX 1970,    ST CLOUD, MN 56302-1970
61190304       +PROFESSIONAL RECOVERY SERVICES,    PO BOX 1880,    VOORHEES, New Jersey 08043-7880
61190305       +REGAL ELEVATOR,    14365 293RD AVE NE,    BELGRADE, MN 56312-9019
61190306       +REGIONAL DIAGNOSITC RADIOLOGY,    PO BOX 7366,    ST CLOUD, MN 56302-7366
61190307        REGIONAL DIAGNOSTIC RADIOLOGY,    PO BOX 7366,    ST CLOUD, MN 56302-7366
61190309        RIVERVIEW LAW OFFICE PLLC,    PO BOX 570,    SAUK RAPIDS, Minnesota 56379-0570
61190312        RMS,    77 HARTLAND STREET SUITE 401,    PO BOX 280431,    EAST HARTFORD, CT 06128-0431
61190311       +RMS,    4836 BRECKSVILLE RD, PO BOX 523,    RICHFIELD, Ohio 44286-0523
61190313       +SAND PINE DAIRY,    ROGER SAND, KEITH SAND, AND EILEEN SAND,    12195 NORWAY RD,
                 AVON, MN 56310-4502
61190314       +SHERI WEGNER,    22896 293RD AVE,    PAYNESVILLE, MN 56362-9342
61190315      #+SHERI'S STUDIO INC,    201 WASHBURNE AVE,    PAYNESVILLE, MN 56362-1642
61190316        SOUTH 71 VET CLINIC,    7119 ABBOTT DR,    WILLMAR, MN 56201
61190318       +ST CLOUD HOSPITAL,    1406 6TH AVE N,    ST CLOUD, Minnesota 56303-1901
61190319       +ST CLOUD ORTHOPEDICS,    1901 CONNECTICUT AVE S,    SARTELL, Minnesota 56377-2554
61190320       +ST CLOUD SCHOOL OF DANCE & ULTIMATE GYMN,    3027 SOUTHWAY DRIVE,    ST CLOUD, MN 56301-9589
61190321       +STARBUCK CLINIC,    501 POLER STREET,    PO BOX 460,    STARBUCK, MN 56381-0460
61190322       +STEARNS BANK NA,    140 5 ST BOX 250,    ALBANY, Minnesota 56307-8347
61190325       +STEARNS ELECTRIC ASSOCIATION,    900 KRAFT DRIVE SE,    MELROSE, Minnesota 56352-1455
61190326       +STELLAR RECOVERY INC,    4500 SALISBURY RD STE 10,    JACKSONVILLE, FL 32216-8035
61190332       +UNITED ACCOUNTS INC,    PO BOX 9331,    FARGO, North Dakota 58106-9331
61190334       +UNIVERSITY OF MINNESOTA PHYSICIANS,    PO BOX 860217,    MINNEAPOLIS, MN 55486-0217
61190335        US DEPARTMENT OF EDUCATION,    PO BOX 4222,    IOWA CITY, Iowa 52244
61190336       +USDA FARM SERVICE AGENCY,    110 2 ST S STE 125,    WAITE PARK, Minnesota 56387-1307
61190337       +VIRTUOSO SOURCING GROUP,    4500 CHERRY CREEK S DRIVE,    SUITE 300,    GLENDALE, CO 80246-1531
61190338       +VOSS PLUMBING & HEATING,    PO BOX 77,    PAYNESVILLE, MN 56362-0077
61190339       +WATAB INC,    14234 FRUIT FARM ROAD,    ST JOSEPH, MN 56374-9626
61190340       +WENNER GAS COMPANY,    319 MAIN STREET,    COLD SPRING, MN 56320-2534
61190341        WEST CENTRAL PATHOLOGY & LABORATORY ME,    7261 OHMS LANE,    EDINA, Minnesota 55439-2148
61190342       +WEST CENTRAL SANITATION,    4089 ABBOT DRIVE,    PO BOX 796,    WILLMAR, MN 56201-0796
61190343        WESTERN AGRICULTURE INSURANCE COMPANY,    PO BOX 6460,    CAROL STREAM, IL 60197-6460
61190344       +WILLMAR SURGERY CENTER,    PO BOX 773,    WILLMAR, MN 56201-0773
61190345       +WINDSTREAM,    9938 STATE HWY 55 NW,    PO BOX 340,    ANNANDALE, MN 55302-0340
61190346       +WORMS LUMBER AND READY MIX INC,    535 MAIN ST,    PO BOX 119,    NEW MUNICH, MN 56356-0119
61190347        XCEL ENERGY,    PO BOX 8,    EAU CLAIRE, Wisconsin 54702-0008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: info@kalendalaw.com Nov 25 2015 22:59:11      Robert Kalenda,    Kalenda & Assoc,
                 919 W St Germain St Ste 2000,    St. Cloud, MN  56301
tr             +EDI: BEAHLGREN.COM Nov 25 2015 22:58:00      Erik Ahlgren,    Ahlgren Law Office,
                 220 W Washington Ave,    Ste 105,    Fergus Falls, MN 56537-2569
smg            +EDI: MINNDEPREV.COM Nov 25 2015 22:58:00      Minnesota Department of Revenue,
                 Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Nov 25 2015 22:59:18      US Trustee,
                 1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61190214       +EDI: BCSERVICES.COM Nov 25 2015 22:58:00      BC SERVICES,    PO BOX 1176,
                 LONGMONT, CO 80502-1176
61190221        E-mail/Text: cms-bk@cms-collect.com Nov 25 2015 22:59:24      CAPITAL MANAGEMENT SERVICES,
                 698 SOUTH OGDEN ST,    BUFFALO, New York 14206-2317
61190222        E-mail/Text: cms-bk@cms-collect.com Nov 25 2015 22:59:24      CAPITAL MANAGEMENT SERVICES LP,
                 698 SOUTH OGDEN ST,    BUFFALO, New York 14206-2317
61190223        EDI: CAPITALONE.COM Nov 25 2015 22:58:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY, Utah 84130-0285
61190224       +EDI: CAPITALONE.COM Nov 25 2015 22:58:00      CAPITAL ONE,    PO BOX 6492,
                 CAROL STREAM, Illinois 60197-6492
61190245       +EDI: CCS.COM Nov 25 2015 22:58:00      CREDIT COLLECTION SERVICES,    TWO WELLS AVE,
                 NEWTON, Massachusetts 02459-3246
61190244       +EDI: CCS.COM Nov 25 2015 22:58:00      CREDIT COLLECTION SERVICES,    PO BOX 9134,
                 NEEDHAM HEIGHTS, Massachusetts 02494-9134
61190246       +EDI: CMIGROUP.COM Nov 25 2015 22:58:00      CREDIT MANAGEMENT,    4200 INTERNATIONAL PARKWAY,
                 CARROLLTON, Texas 75007-1912
61190247        EDI: RCSFNBMARIN.COM Nov 25 2015 22:58:00      CREDIT ONE BANK,    PO BOX 98873,
                 LAS VEGAS, NV 89193-8873
61190249        EDI: DCI.COM Nov 25 2015 22:58:00      DCI,    PO BOX 551268,    JACKSONVILLE, FL 32255-1268
61190249       +E-mail/Text: bankruptcynotices@dcicollect.com Nov 25 2015 22:59:55      DCI,    PO BOX 551268,
                 JACKSONVILLE, FL 32255-1268
61190251        EDI: DIRECTV.COM Nov 25 2015 22:58:00      DIRECT TV,    2230 EAST IMPERIAL HWY,
                 EL SEGUNDO, CA 90245
61190255       +E-mail/Text: tabby.martin@dserickson.com Nov 25 2015 22:59:30      DS ERICKSON & ASSOCIATES,
                 920 2ND AVE SOUTH STE 800,    MINNEAPOLIS, Minnesota 55402-4007
```

```
District/off: 0864-4          User: reneee                 Page 3 of 4                  Date Rcvd: Nov 25, 2015
                              Form ID: b9a                 Total Noticed: 140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
61190271       +E-mail/Text: karenp@grrl.lib.mn.us Nov 25 2015 22:59:27      GREAT RIVER REGIONAL LIBRARY,
                 1300 W ST GERMAIN STREET,    ST CLOUD, Minnesota 56301-3414
61190276        EDI: IRS.COM Nov 25 2015 22:58:00      IRS,   PO BOX 7346,
                 PHILADELPHIA, Pennsylvania 19101-7346
61190285       +EDI: RESURGENT.COM Nov 25 2015 22:58:00      LVNV FUNDING,   PO BOX 10497,
                 GREENVILLE, South Carolina 29603-0497
61190290       +EDI: MINNDEPREV.COM Nov 25 2015 22:58:00      MN DEPT OF REVENUE,   BANKRUPTCY SECTION,
                 PO BOX 64447,    ST PAUL, Minnesota 55164-0447
61190293       +E-mail/Text: egssupportservices@egscorp.com Nov 25 2015 22:59:40      NCO FINANCIAL SYSTEMS,
                 507 PRUDENTIAL ROAD,    HORSHAM, Pennsylvania 19044-2368
61190308       +E-mail/Text: RiceBill@rice.willmar.mn.us Nov 25 2015 22:59:30      RICE MEMORIAL HOSPITAL,
                 PO BOX 150,    WILLMAR, Minnesota 56201-0150
61190317        EDI: SWCR.COM Nov 25 2015 22:58:00      SOUTHWEST CREDIT SYSTEMS LP,
                 4120 INTERNATIONAL PKWY STE 1100,    CARROLLTON, Texas 75007-1958
61190317        E-mail/Text: bankruptcy@sw-credit.com Nov 25 2015 22:59:34      SOUTHWEST CREDIT SYSTEMS LP,
                 4120 INTERNATIONAL PKWY STE 1100,    CARROLLTON, Texas 75007-1958
61190323       +E-mail/Text: attorneybankruptcy@co.stearns.mn.us Nov 25 2015 22:59:14
                 STEARNS COUNTY AUDITOR,    705 COURTHOUSE SQUARE,   STEARNS COUNTY ADMINISTRATION CENTER,
                 ST CLOUD, Minnesota 56303-4701
61190324       +E-mail/Text: attorneybankruptcy@co.stearns.mn.us Nov 25 2015 22:59:14
                 STEARNS COUNTY ENVIRONMENTAL SERVICES,   ADMINISTRATION CENTER RM 343,    705 COURTHOUSE SQUARE,
                 ST CLOUD, MN 56303-4781
61190327        E-mail/Text: bankruptcy@subrad.com Nov 25 2015 22:59:31      SUBURBAN RADIOLOGIC CONSULTANTS,
                 4801 W 81ST STREET,    STE 108,   MINNEAPOLIS, Minnesota 55437-1191
61190330       +E-mail/Text: bankruptcydepartment@tsico.com Nov 25 2015 23:00:00      TRANSWORLD SYSTEMS INC,
                 507 PRUDENTIAL RD,    HORSHAM, PA 19044-2308
61190347        EDI: XCELENERGY.COM Nov 25 2015 22:58:00      XCEL ENERGY,   PO BOX 8,
                 EAU CLAIRE, Wisconsin 54702-0008
                                                                                               TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
61190220       BUSINESS REVENUE SYSTEMS INC
smg*          +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
61190310*      RIVERVIEW LAW OFFICE PLLC,   PO BOX 570,   SAUK RAPIDS, Minnesota 56379-0570
61190328*     +SUBURBAN RADIOLOGIC CONSULTANTS,   4801 W 81ST STREET,   STE 108,
                 MINNEAPOLIS, Minnesota 55437-1191
61190333*     +UNITED ACCOUNTS INC,   PO BOX 9331,   FARGO, North Dakota 58106-9331
61190269     ##+GOLDS GYM,   805 CO RD 120,   SARTELL, MN 56377-9200
61190284     ##+LISA BROMENSCHENKEL,   850 HERITAGE DR,   SARTELL, MN 56377-4598
61190288     ##+MID MINNESOTA FAMILY MEDICINE CENTER,   1520 WHITNEY COURT STE 200,
                 ST CLOUD, Minnesota 56303-1890
61190297     ##+PAYNESVILLE EXCAVATING,   540 MINNE ST,   PAYNESVILLE, MN 56362-1523
61190301      ##PRAIRIE RIDGE HOSPITAL & CLINIC,   930 1ST ST NE,   ELBOW LAKE, MN 56531-4611
61190329     ##+TRANSWORLD SYSTEMS,   2235 MERCURY WAY,   STE 275,   SANTA ROSA, CA 95407-5463
61190331     ##+TRI COUNTY CUSTODY INC,   1500 OAK GROVE RD SW,   ST CLOUD, MN 56301-6008
                                                                                   TOTALS: 1, * 4, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0864-4           User: reneee                Page 4 of 4                  Date Rcvd: Nov 25, 2015
                               Form ID: b9a                Total Noticed: 140
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2015 at the address(es) listed below:
              Erik   Ahlgren    trustee@prtel.com,  MN23@ecfcbis.com
              Robert   Kalenda    on behalf of Joint Debtor LESLIE A KLEHR info@kalendalaw.com,
               theresa@kalendalaw.com
              Robert   Kalenda    on behalf of Debtor SCOTT R KLEHR info@kalendalaw.com,  theresa@kalendalaw.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 4
```