**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

SCOTT R KLEHR
LESLIE A KLEHR

Case No: 15−44085 − KHS

Debtor(s)

Chapter 7 Case

**ORDER DEFERRING DISCHARGE**
**AND FOR DEBTORS TO APPEAR AT CREDITORS MEETING**

Pursuant to Local Rule 2003−1, the trustee has filed a notice that the meeting of creditors in this case was not concluded on the date scheduled.

IT IS THEREFORE ORDERED:

1. The debtor(s) and the attorney for the debtor(s) shall appear in person at the date, time, and place fixed for the adjourned meeting of creditors as set by the trustee.

2. The time for serving and filing of objections to claims of exemption is extended in accordance with Rule 4003(b) F.R.Bkr.P.

3. Pursuant to Local Rule 4004−3, entry of an order granting a discharge to the debtor(s) is deferred.

4. The trustee shall file a report immediately after the conclusion of the meeting of creditors.

5. The clerk shall provide this order as notice to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 1/27/16

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on January 27, 2016
Lori Vosejpka Clerk, United States Bankruptcy Court
By: reneee Deputy Clerk

**mnbdfdsc** 06/03/2013 − pb

United States Bankruptcy Court
District of Minnesota

In re:  
SCOTT R KLEHR  
LESLIE A KLEHR  
    Debtors

Case No. 15-44085-KHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4    User: reneee    Page 1 of 1    Date Rcvd: Jan 27, 2016  
                  Form ID: mnbdfdsc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2016.  
db/jdb        +SCOTT R KLEHR,    LESLIE A KLEHR,    21686 CO RD 33,    PAYNESVILLE, MN 56362-4516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2016        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2016 at the address(es) listed below:  
       Erik Ahlgren    trustee@prtel.com, MN23@ecfcbis.com  
       Robert Kalenda    on behalf of Debtor 1 SCOTT R KLEHR info@kalendalaw.com, theresa@kalendalaw.com  
       Robert Kalenda    on behalf of Debtor 2 LESLIE A KLEHR info@kalendalaw.com, theresa@kalendalaw.com  
       Roylene A Champeaux    on behalf of Interested Party    United States Department of Agriculture - Farm Service Agency Roylene.Champeaux@usdoj.gov, karen.malikowski@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;muriel.holland@usdoj.gov  
       US Trustee    ustpregion12.mn.ecf@usdoj.gov  
       TOTAL: 5