**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

SCOTT R KLEHR
LESLIE A KLEHR

Case No: 15−44085 − KHS

Debtor(s)

Chapter 7 Case

**NOTICE RE: DECEASED ATTORNEY**

The debtor and those parties who receive electronic notice in this case are hereby notified of the death of attorney for the debtor Robert Kalenda, on 2/8/16.

The debtor is urged to seek substitute counsel. Alternatively, if the debtor wishes to represent him or herself in this case, the debtor is urged to consult the resources under the Filing Without An Attorney tab on the court's website and/or to obtain advice through the Twin Cities Bankruptcy Advice Clinics or the Duluth Consumer Credit Advocacy Project. See www.mnb.uscourts.gov.

A Notice of Appearance by substitute counsel or a letter from the debtor advising the court of the debtor's decision to proceed without counsel should be filed in this case as soon as possible

Dated: 2/11/16

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: qcmary
Deputy Clerk

**mnbdeaty 8/14**

United States Bankruptcy Court
District of Minnesota

In re:  
SCOTT R KLEHR  
LESLIE A KLEHR  
      Debtors

Case No. 15-44085-KHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: qcmary      Page 1 of 1      Date Rcvd: Feb 11, 2016  
                        Form ID: mnbdeaty   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2016.  
db/jdb      +SCOTT R KLEHR,   LESLIE A KLEHR,   21686 CO RD 33,   PAYNESVILLE, MN 56362-4516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2016 at the address(es) listed below:  
      Erik Ahlgren   trustee@prtel.com, MN23@ecfcbis.com  
      Robert Kalenda   on behalf of Debtor 1 SCOTT R KLEHR info@kalendalaw.com, theresa@kalendalaw.com  
      Robert Kalenda   on behalf of Debtor 2 LESLIE A KLEHR info@kalendalaw.com, theresa@kalendalaw.com  
      Roylene A Champeaux   on behalf of Interested Party United States Department of Agriculture - Farm Service Agency Roylene.Champeaux@usdoj.gov, karen.malikowski@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;muriel.holland@usdoj.gov  
      US Trustee   ustpregion12.mn.ecf@usdoj.gov  
      TOTAL: 5